**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:14-CR-91-JTM-PRC |
| | ) | |
| JAMAIROUS P. ROSS, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON PLEA OF GUILTY BY DEFENDANT JAMAIROUS P. ROSS**

TO:   THE HONORABLE JAMES T. MOODY,
        UNITED STATES DISTRICT COURT

Upon Defendant Jamairous P. Ross' request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on February 12, 2016, with the consent of Defendant Jamairous P. Ross, counsel for Defendant Jamairous P. Ross, and counsel for the United States of America.

The hearing on Defendant Jamairous P. Ross's pleas of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Jamairous P. Ross under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Jamairous P. Ross,

I FIND as follows:

(1) that Defendant Jamairous P. Ross understands the nature of the charges against him to which the pleas are offered;

(2) that Defendant Jamairous P. Ross understands his right to trial by jury, to persist in his pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

his right against compelled self-incrimination;

(3) that Defendant Jamairous P. Ross understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Jamairous P. Ross understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Jamairous P. Ross have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Jamairous P. Ross is competent to plead guilty;

(6) that Defendant Jamairous P. Ross understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Jamairous P. Ross' pleas; and further,

I RECOMMEND that the Court accept Jamairous P. Ross' pleas of guilty to the offenses charged in Counts One and Two of the Indictment and that Defendant Jamairous P. Ross be adjudged guilty of the offenses charged in Counts One and Two II of the Indictment and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Jamairous P. Ross be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this12th day of February, 2016.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record
    Honorable James T. Moody